IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

RONALD WILKERSON                      PLAINTIFF

VS.                      CIVIL ACTION NO. 4:03CV285LN

TWJANNA TORGERSON; DENNIS JOHNSON,
Lt.; CLARK PUCKETT; LAWRENCE GREER;
ROBERT JOHNSON; CHRISTOPHER EPPS;
JUSTIN HALL; RON WILLIAMS; LARRY
HARDY, AARON JAGERS, FREDERICK L.
COLE and GLENN JOHNSON                      DEFENDANTS

## JUDGMENT

This matter came on for a bench trial before the undersigned United States Magistrate Judge and the issues having been tried, and for the reasons more fully explained in the Memorandum Opinion and Order entered on this date, it is the judgment of this court that the Plaintiff recover the sum of $25,000 from Lawrence Greer and Glenn Johnson, but that his claims against the other Defendants should be dismissed.

IT IS, THEREFORE, ORDERED AND ADJUDGED that the Plaintiff Ronald Wilkerson recover the sum of $25,000, together with costs and interest at the legal rate from Defendants Lawrence Greer and Glenn Johnson, all for which let execution enter. The claims against all other Defendants are dismissed with prejudice.

IT IS SO ORDERED AND ADJUDGED, this the 7th day of February, 2006.

                                       S/Alfred G. Nicols, Jr.
                                       UNITED STATES MAGISTRATE JUDGE