# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# EASTERN DIVISION

**RONALD WILKERSON, #R4674**  PLAINTIFF

V.  CIVIL ACTION NO.: 4:03cv285LN

**WACKENHUT CORRECTIONAL CORP., et. al.**  DEFENDANTS

## ORDER OF DISMISSAL WITH PREJUDICE

There came on to be heard this day the joint motion <u>ore tenus</u> of the plaintiff and defendants Lawrence Greer and Glenn Johnson to dismiss the civil action against defendants Lawrence Greer and Glenn Johnson with prejudice, and the Court being of the opinion that the motion is well taken, finds that the same should be sustained;

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the Judgment entered in this matter on February 7, 2006, which is attached hereto as Exhibit "A", should be and the same is hereby set aside and vacated as it relates to defendants Lawrence Greer and Glenn Johnson.

**IT IS FURTHER ORDERED AND ADJUDGED** that the complaint filed in this matter against Lawrence Greer and Glenn Johnson, should be and the same is hereby dismissed with prejudice.

**IT IS FURTHER ORDERED AND ADJUDGED** that any other claims by the plaintiff or defendants Lawrence Greer and Glenn Johnson, whether raised herein or not, should be and the same are hereby dismissed with prejudice.

**IT IS FURTHER ORDERED AND ADJUDGED** that the parties hereto will bear their own fees, expenses and costs.

**IT IS FURTHER ORDERED AND ADJUDGED** that the Judgment entered in this matter on February 7, 2006, which is attached hereto as Exhibit "A", shall remain in full force and effect

as against all remaining defendants.

**SO ORDERED AND ADJUDGED** on this the 9 day of Mar, 2006.

_____
UNITED STATES MAGISTRATE JUDGE


PRESENTED BY:

_____
JOSHUA C. McCRORY, ESQ.
Attorney for defendants Lawrence Greer and
Glenn Johnson

_____
RONALD WILKERSON, plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

RONALD WILKERSON                                              PLAINTIFF

VS.                                        CIVIL ACTION NO. 4:03CV285LN

TWJANNA TORGERSON; DENNIS JOHNSON,
Lt.; CLARK PUCKETT; LAWRENCE GREER;
ROBERT JOHNSON; CHRISTOPHER EPPS;
JUSTIN HALL; RON WILLIAMS; LARRY
HARDY, AARON JAGERS, FREDERICK L.
COLE and GLENN JOHNSON                                       DEFENDANTS

## JUDGMENT

This matter came on for a bench trial before the undersigned United States Magistrate Judge and the issues having been tried, and for the reasons more fully explained in the Memorandum Opinion and Order entered on this date, it is the judgment of this court that the Plaintiff recover the sum of $25,000 from Lawrence Greer and Glenn Johnson, but that his claims against the other Defendants should be dismissed.

IT IS, THEREFORE, ORDERED AND ADJUDGED that the Plaintiff Ronald Wilkerson recover the sum of $25,000, together with costs and interest at the legal rate from Defendants Lawrence Greer and Glenn Johnson, all for which let execution enter. The claims against all other Defendants are dismissed with prejudice.

IT IS SO ORDERED AND ADJUDGED, this the 7th day of February, 2006.

                                            S/Alfred G. Nicols, Jr.
                                    UNITED STATES MAGISTRATE JUDGE

EXHIBIT "A"